THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* FRANK KRAYSER, Respondent.

Argued October 20, 1955; decided November 23, 1955.

*Edward S. Silver*, District Attorney (*Aaron Nussbaum* of counsel), for appellant.

*Edward H. Levine* and *Vernon C. Rossner* for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

HENRY L. BRESSINGHAM, Respondent, *v.* CITY OF NEW YORK et al., Defendants, and MAROSY PLUMBING & HEATING Co., INC., et al., Appellants. MAROSY PLUMBING & HEATING Co., INC., Third-Party Plaintiff-Appellant, *v.* BRINSMADE HOMES, INC., Third-Party Defendant, and NACLERIO CONTRACTING Co., INC., Third-Party Defendant-Respondent.

Argued October 4, 1955; decided November 23, 1955.